No. 04–3.  BOROWIEC ET AL. *v.* GATEWAY 2000, INC.  Sup. Ct. Ill.  Certiorari denied.

No. 04–4.  CIT LEASING CORP. *v.* DENTON CENTRAL APPRAISAL DISTRICT ET AL.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 04–5.  DOE RUN RESOURCES CORP. ET AL. *v.* NEILL, JUDGE, TWENTY-SECOND JUDICIAL CIRCUIT, ST. LOUIS, MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 04–7.  MILITELLO *v.* CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 04–8.  NEVILLE CHEMICAL CO. *v.* CALIFORNIA, ON BEHALF OF THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL.  C. A. 9th Cir.  Certiorari denied.

No. 04–9.  MOORE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–10.  WILSON *v.* ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 04–11.  PACIFIC PROPERTIES & DEVELOPMENT CORP. *v.* DISABLED RIGHTS ACTION COMMITTEE.  C. A. 9th Cir.  Certiorari denied.

No. 04–13.  HAGEN *v.* JIM CLARK MOTORS, INC.  Ct. App. Kan.  Certiorari denied.

No. 04–16.  ADAMS *v.* TENNESSEE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 04–17.  TY, INC., ET AL. *v.* PEACEABLE PLANET, INC.  C. A. 7th Cir.  Certiorari denied.

No. 04–19.  BRANDYWINE, INC., DBA EXPRESSWAY VIDEO, ET AL. *v.* CITY OF RICHMOND, KENTUCKY.  C. A. 6th Cir.  Certiorari denied.